COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:          In the Interest of R. J., A Child

Appellate case number:     01-18-00729-CV

Trial court case number:    CV29910

Trial court:                        344th District Court of Chambers County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case") for both the father, R. J., Sr., and the mother, E. M.  On September 11, 2018, appellant R. J., Sr.'s counsel, William B. Connolly, filed an unopposed motion for a first extension of time to file appellant's brief, requesting a 20-day extension until September 30, 2018.

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible.  *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2017).  Here, the first notice of appeal was timely filed on August 10, 2018, in the trial court from the August 6, 2018 final decree for termination by appointed counsel for the mother, E. M., setting the 180-day compliance deadline for February 6, 2019.  *See* TEX. R. APP. P. 26.1(b).  Although appellant R. J., Sr.'s motion is unopposed, the accelerated schedule in termination cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.

Appellant R. J., Sr.'s counsel contends that an extension is needed because after the records were filed on August 27, 2018, he has been busy with several court appearances and conferences in other cases.

Accordingly, appellant R. J., Sr.'s motion for an extension of time to file appellant's brief is **GRANTED until October 1, 2018, but no further extensions will be granted absent extraordinary circumstances**.  *See* TEX. R. APP. P. 4.1(a), 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

☑ Acting individually     ☐ Acting for the Court

Date:  September 13, 2018